THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN BLAKE, Appellant.

*People* v. *Blake,* 121 App. Div. 613, affirmed.
(Argued October 5, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 25, 1907, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of a violation of sections 364, 438 and 438a of the Penal Code.

*James W. Osborne* and *Charles J. Nehrbas* for appellant.

*William Travers Jerome, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed upon the ground that no question as to the Statute of Limitations was sufficiently raised upon the trial; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

CHARLES WEILER, Respondent, *v.* SYRACUSE RAPID TRANSIT RAILWAY COMPANY, Appellant.

*Weiler* v. *Syracuse R. Tr. Ry. Co.,* 119 App. Div. 917, affirmed.
(Argued October 5, 1908; decided October 20, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 21, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through the defendant's negligence.

*Charles E. Spencer* for appellant.

*Walter W. Magee* and *Denison Richmond* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.